PARKS v. McELHOES *et al.*

No. 4608.   Opinion Filed June 8, 1915.

Refiled December 6, 1915.

(152 Pac. 1130.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal of Appeal.**
Syllabus the same as in Bryan v. Umholts, 42 Okla. 447, 141 Pac. 1107.

(Syllabus by Galbraith, C.)

*Error from District Court, Comanche County;
J. T. Johnson, Judge.*

Action by W. N. Parks against S. I. McElhoes, acting County Judge, and others. Judgment for defendants, and plaintiff brings error. Dismissed.

*Chas. Mitschrich,* for plaintiff in error.

Opinion by GALBRAITH, C. The petition in error and case-made in this case was filed in this court on December 3, 1912, and the cause has been regularly submitted. The plaintiff in error has filed no brief, and has offered no excuse for his failure to do so.

We therefore recommend that the cause be dismissed.

By the Court: It is so ordered.